**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ~~EASTERN~~ WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jul 15, 2025
OFFICE OF THE CLERK

**CASE NO.** 3:25-cv-3044

**Jury Trial:** ☐ **Yes** ☐ **No**
**(Check One)**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: BRADLEY M. HANES
ADC # Pretrial

Address: Baxter Co. Jail 904 Hwy 62 W Mountain Home AR. 72653

Name of plaintiff: ______________________
ADC # __________

Address: ______________________

Name of plaintiff: ______________________
ADC # __________

Address: ______________________

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: JOHN MONTGOMERY

Position: Duly Elected Sheriff of Baxter County AR

Place of employment: Office of the Sheriff

Address: 904 Hwy 62 W Mountain Home AR. 72653

Name of defendant: Tabitha Maze

Position: Jail administrator

Place of employment: Baxter Co Jail

Address: 904 Hwy 62W

Name of defendant: ______

Position: ______

Place of employment: ______

Address: ______

Name of defendant: ______

Position: ______

Place of employment: ______

Address: ______

II. Are you suing the defendants in:

- ☐ official capacity only
- ☒ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No X

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ______

______

Defendants: ______

______

☐ Court (if federal court, name the district; if state court, name the county): ____________________

☐ Docket Number: ____________________

☐ Name of judge to whom case was assigned: ____________________

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____________________

☐ Approximate date of filing lawsuit: ____________________

☐ Approximate date of disposition: ____________________

IV. Place of present confinement: ____________________

____________________

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

X in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ____________________

____________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes X No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes X No ____

If not, why? ______________________________

______________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim 1, Between the months of 8/01/2024 and 7/15/2025 I was being treated for a chronic Mental health condition, the Baxter Co Jail has no mental professional(s) and staff at the Jail are untrained and contract out Mental health care to ARISTA CARE. The medications were causing me heart problems so they discontinued them, Leaving me to shift for my self, I became very depressed and Tried to Kill my self, all Jail officials did was place me in Isolation by orders of Jail administrator Tabitha Maze.

CLAIM 2, The Jails co-medical payment Policy is being acessed against indigent plaintiff Placing me a 4.2500 debt obligation is unconstitutional in violation of the 14th amend to the U.S. constitution

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Seeking Compensatory damages for Bad faith acts In the Fair Sum amount of $ 250,000

2. seeking Punitive damages by Jury determination

3. Seeking A Declaratory judgment from this Court Seeking any other Relief this Court finds appropriate

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _________________, 20_____.

Bradley Howard

BCDC 904 Hwy 62 W.

Mountain Home AR. 72653

Signature(s) of plaintiff(s)

Bradley M. Hams
BCDC 907 Hwy 62 W
Mountain Home AR 72653

NW ARKANSAS AR 727
12 JUL 2025 PM 1 L

Received WD/AR
JUL 15 2025
U.S. Clerk's Office

Clerk: United States Courthouse
35 E Mountain Rm 510
Fayetteville Arkansas 72701

72701-535335